```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 58743
    JEFFREY M ALEXANDER
    GAYLE I ALEXANDER                           CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
    SSN XXX-XX-7682    SSN XXX-XX-5641

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/15/05 and confirmed on 02/02/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  18727.27 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG        .00           .00           .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    12960.59          .00      12960.59
WELLS FARGO FINANCIAL IN   SECURED            450.00         14.88       450.00
INTERNAL REVENUE SERVICE   PRIORITY           721.71          .00        721.71
BP AMOCO                   UNSECURED        NOT FILED         .00           .00
CANEVA FOOT & ANKLE CLIN   UNSECURED        NOT FILED         .00           .00
CAPITAL ONE BANK           UNSECURED         1256.33          .00       1088.33
CAPITAL ONE BANK           UNSECURED         1013.92          .00        878.34
PROVENA HOME HEALTH        UNSECURED        NOT FILED         .00           .00
PROVENA HOME HEALTH        UNSECURED        NOT FILED         .00           .00
PROVENA ST JOSEPH MEDICA   UNSECURED        NOT FILED         .00           .00
PROVENA ST JOSEPH MEDICA   UNSECURED        NOT FILED         .00           .00
SEARS BKRUPTCY RCVRY MGM   UNSECURED        NOT FILED         .00           .00
WELLS FARGO FINANCIAL IN   UNSECURED          289.77          .00        251.02
INTERNAL REVENUE SERVICE   UNSECURED           14.14          .00         12.25
         Summary of disbursements:
------------------------------------------------------------------------------
                 SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  13410.59     721.71     2574.16         .00      16706.46
PRINCIPAL PAID      13410.59     721.71     2229.94         .00      16362.24
INTEREST PAID          14.88       .00         .00          .00         14.88
TOTAL PAID          13425.47     721.71     2229.94         .00      16377.12
The Debtor's attorney, JOHN C RENZI                , was allowed $   2200.00
and was paid $    700.00  direct and $   1500.00  through the plan.

The Trustee received $    842.88 .

Refunds to the Debtor totaled $      7.27 .

     Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/10/09                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 05 B 58743 JEFFREY M ALEXANDER & GAYLE I ALEXANDER